IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SARA A. HARRIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 18-CV-3360 |
| v. ) | |
| ) | Chief Judge Castillo |
| ANN & ROBERT H. LURIE CHILDREN'S ) | |
| HOSPITAL OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's claims with prejudice and without costs.

Respectfully submitted,

**PLAINTIFF**                                              **DEFENDANT**

**SARA A. HARRIS**                                    **ANN & ROBERT H. LURIE CHILDREN'S HOSPITAL OF CHICAGO**


s/Geoff B. McCarrell                                    s/Bart T. Murphy (with permission)
By one of her attorneys                                By one of its attorneys
Geoff B. McCarrell (#0086427)                  Bart T. Murphy (#6181178)
Consumer Law Partners, LLC                   Ice Miller, LLP
333 N. Michigan Ave., Ste. 1300              2300 Cabot Dr., Ste. 455
Chicago, IL 60601                                       Lisle, IL 60532
267-422-1000                                              630-955-6392

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, states that on July 20, 2018 he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois and a copy of which will be served on the following counsel of record by the Clerk's ECF/CM system.

      Bart T. Murphy      bart.murphy@icemiller.com

      s/Geoff B. McCarrell
      By one of her attorneys
      Geoff B. McCarrell (#0086427)
      Consumer Law Partners, LLC
      333 N. Michigan Ave., Ste. 1300
      Chicago, IL 60601
      267-422-1000